TUCKER ELLIS LLP
Ndubisi A. Ezeolu - SBN 256834
ndubisi.ezeolu@tuckerellis.com
Edward W. Racek - SBN 235184
edward.racek@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071

Attorneys for Defendants SELECT EMPLOYMENT SERVICES, INC.;
CALIFORNIA REHABILITATION INSTITUTE, LLC; SELECT MEDICAL
CORPORATION

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE ROMERO, individually and on behalf of all others similarly situated | ) Case No. |
| Plaintiff, | ) **DECLARATION OF SANDRA** ) **PASILLAS** |
| v. | ) |
| SELECT EMPLOYMENT SERVICES, INC., a Delaware corporation; CALIFORNIA REHABILITATION INSTITUTE, LLC, a Delaware limited liability company; SELECT MEDICAL CORPORATION, a Delaware corporation, and DOES 1 through 50, inclusive, | ) ) ) ) ) Complaint Filed: April 2, 2018 ) First Amended Filed: July 2, 2019 ) Trial Date: N/A ) ) ) |
| Defendants. | ) |

I, Sandra Pasillas, declare:

1.     I am over the age of eighteen.  I have personal knowledge of the facts set forth below, and if called as a witness, could competently testify to them.  I submit this declaration in support of Defendants' Notice of Removal.

2.     I am Human Resources Director at California Rehabilitation Institute ("Cal Rehab").

3.     As of July 15, 2019, Cal Rehab has 609 non-exempt employees.

4.     Cal Rehab has had an average of no less than 300 non-exempt employees since May of 2017, and an average of no less than 500 non-exempt employees since September of 2018.

5.      Cal Rehab has separated from 317 non-exempt employees since its inception in January of 2016.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 22nd day of July, 2019, at Los Angeles, California.

_____

Sandra Pasillas
Human Resources Director
California Rehabilitation Institute, LLC