TUCKER ELLIS LLP
Ndubisi A. Ezeolu - SBN 256834
ndubisi.ezeolu@tuckerellis.com
Edward W. Racek - SBN 235184
edward.racek@tuckerellis.com
515 South Flower Street
Forty-Second Floor
Los Angeles, CA 90071
Telephone:     213.430.3400
Facsimile:     213.430.3409

Attorneys for Defendants SELECT EMPLOYMENT SERVICES, INC.; CALIFORNIA REHABILITATION INSTITUTE, LLC; SELECT MEDICAL CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE ROMERO, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>SELECT EMPLOYMENT SERVICES, INC., a Delaware corporation; CALIFORNIA REHABILITATION INSTITUTE, LLC, a Delaware limited liability company; SELECT MEDICAL CORPORATION, a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF EDWARD W. RACEK IN SUPPORT OF DEFENDANTS' NOTICE OF REMOVAL UNDER 28 U.S.C. SECTIONS 1332, 1441, 1446 (CLASS ACTION FAIRNESS ACT)**<br><br><br>Complaint Filed: April 2, 2018<br>First Amended Filed: July 2, 2019<br>Trial Date: Not Set |

DECLARATION OF EDWARD W. RACEK

I, Edward W. Racek, declare as follows:

1. I am an attorney in the law firm Tucker Ellis LLP, counsel of record for defendants California Rehabilitation Institute, LLC, Select Employment Services, Inc., and Select Medical Corporation ("Defendants") in this action. I am duly licensed to practice law before the courts of California. I have personal knowledge of the facts set forth below, and if called as a witness, would competently testify to the following facts.

2. I submit this declaration in support of Defendants' notice of removal.

3. Defendants will file a Notice of Filing Notice of Removal with the Clerk of the Superior Court of California for the County of Los Angeles and will serve Plaintiffs' counsel with a copy.

4. While this case is not being removed within thirty days of service of the original complaint, the original complaint did not include allegations of the amount in controversy and plaintiff, Elsie Romero has refused to provide discovery responses relating to her or the putative class's damages. The case is being removed within 30 days of the addition of new plaintiff Ricardo Ibarra.

5. Select Employment Services, Inc., and Select Medical Corporation are both Delaware corporations with their principal places of business in Mechanicsburg, Pennsylvania.

6. California Rehabilitation Institute, LLC is a Delaware limited liability company, with its principal place of business in Mechanicsburg, Pennsylvania, and it is authorized to do business in California.

7. Attached here as Exhibit A, is a true and correct copy of Elsie Romero's original complaint filed on April 2, 2018, in the Superior Court for the County of Los Angeles.

8. Attached here as Exhibit B, is a true and correct copy of Elsie Romero's and Ricardo Ibarra's first amended complaint filed on July 2, 2019 in the Superior Court for the County of Los Angeles.

9. Attached as Exhibit C is a true and correct copy of printouts from the

2
DECLARATION OF EDWARD W. RACEK

Delaware Secretary of State's website showing Select Employment Service as a Delaware corporation.

10. Attached as Exhibit D is a true and correct copy of printouts from the Delaware Secretary of State's website showing Select Medical Corporation as a Delaware corporation.

11. Attached as Exhibit E is a true and correct copy of printouts from the California Secretary of State's website showing California Rehabilitation Institute is a Delaware Limited Liability company.

12. Attached here as Exhibit F are true and correct copies of all pleadings and orders received while this case was pending in the Superior Court of California, County of Los Angeles, from April 2, 2019 through July 23, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on the 23rd day of July, 2019, at Los Angeles, California.

/s/ Edward W. Racek
Edward W. Racek