**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
LAUNA ADOLPH (SBN 227743)
ladolph@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 200
El Segundo, CA 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiffs Elsie Romero, Ricardo Ibarra, Charity Alicaya, and Lauren Lindsay, individually and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT EMPLOYMENT SERVICES, INC., a Delaware corporation; CALIFORNIA REHABILITATION INSTITUTE, LLC, a Delaware limited liability company; SELECT MEDICAL CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-06369-TJH-AGR<br><br>**NOTICE OF SETTLEMENT** |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that plaintiffs Elsie Romero, Ricardo Ibarra, Charity Alicaya, and Lauren Lindsay (collectively, "Plaintiffs") and defendant California Rehabilitation Institute, LLC have reached an agreement regarding the material terms of a proposed class and representative action settlement that will fully resolve this matter. On March 19, 2025, the parties participated in a mediation with Francis Ortman III. At the end of the mediation, Mr. Ortman made a mediator's proposal outlining the material terms of a proposed class and representative action settlement, which the parties accepted. The parties fully executed a Memorandum of Understanding on March 20, 2025 and are in the process of preparing the long form settlement agreement. Plaintiffs anticipate filing the Motion for Preliminary Approval of Class and Representative Action Settlement within 60 days. In light of the settlement, the parties respectfully request that the Court vacate the Final Pretrial Conference set for April 21, 2025.

Dated:  March 27, 2025            **MATERN LAW GROUP, PC**

                         By:   /s/ Launa Adolph
                               MATTHEW J. MATERN
                               LAUNA ADOPLH

                               Attorneys for Plaintiffs ELSIE ROMERO, RICARDO IBARRA, CHARITY ALICAYA, and LAUREN LINDSAY and the CLASS MEMBERS

DATED:  March 27, 2025            **TUCKER ELLIS LLP**

                         By:   /s/ Ndubisi A. Ezeolu
                               NDUBISI A. EZEOLU
                               EDWARD W. RACEK
                               Attorneys for Defendant CALIFORNIA REHABILITATION INSTITUTE, LLC

## **ATTESTATION**

I hereby attest pursuant to L.R. 5-4.3.4 that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

/s/ Launa Adolph
Launa Adolph