**MATERN LAW GROUP, PC**
MATTHEW J. MATERN (SBN 159798)
mmatern@maternlawgroup.com
LAUNA ADOLPH (SBN 227743)
ladolph@maternlawgroup.com
2101 E. El Segundo Blvd., Suite 200
El Segundo, CA 90245
Tel: (310) 531-1900
Facsimile: (310) 531-1901

Attorneys for Plaintiffs and the Class Members

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE ROMERO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT EMPLOYMENT SERVICES, INC., a Delaware corporation; CALIFORNIA REHABILITATION INSTITUTE, LLC, a Delaware limited liability company; SELECT MEDICAL CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-06369-TJH-AGR<br><br>**JOINT REQUEST FOR DECISION ON PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT**<br><br>**[L.R. 83-9]** |

Pursuant to Local Rule 83-9.2, plaintiffs Elsie Romero, Ricardo Ibarra, Charity Alicaya, and Lauren Linsday ("Plaintiffs") and defendant California Rehabilitation Institute, LLC ("Defendant") (collectively, the "Parties") hereby request the Court make a decision on Plaintiffs' Motion for Preliminary Approval of Class and Representative Action Settlement (Dkt. 122).

Local Rule 83-9.1 provides that the Court shall render and file its decision on motions within 120 days after the matter is submitted for decision. L.R. 83-9.1. Pursuant to Local Rule 83-9.1.1, a motion shall be deemed submitted for decision on the date the last memorandum or other document is permitted to be filed, if no oral argument is conducted on the motion. L.R. 83-9.1.1. The Court did not conduct oral argument on Plaintiffs' motion. The last memoranda or documents permitted to be filed in connection with the motion had to be filed not later than 14 days before the designated hearing date of July 21, 2025, or by July 7, 2025. L.R. 7-10. Therefore, it has been more than 120 days since the matter was deemed submitted.

Pursuant to Local Rule 83-9.2, if the Court does not render and file its decision on a submitted matter within 120 days of submission, all counsel shall file with the Court a joint request for decision. L.R. 83-9.2. The Parties submit this request for decision in conformance with the duty imposed by Local Rule 83-9.2.

Dated: October 27, 2025        **MATERN LAW GROUP, PC**

                               By:   /s/ Launa Adolph
                                     MATTHEW J. MATERN
                                     LAUNA ADOLPH
                                     Attorneys for Plaintiffs ELSIE ROMERO,
                                     RICARDO IBARRA, CHARITY
                                     ALICAYA, and LAUREN LINDSAY

| | |
|---|---|
| DATED: October 27, 2025 | **TUCKER ELLIS LLP** |

By: /s/ Ndubisi A. Ezeolu
NDUBISI A. EZEOLU
EDWARD W. RACEK
Attorneys for Defendant CALIFORNIA REHABILITATION INSTITUTE, LLC

## ATTESTATION

I hereby attest pursuant to L.R. 5-4.3.4 that all other signatories listed above, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

/s/ Launa Adolph
Launa Adolph